# CHARGES AND PENALTIES

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

**Apr 05, 2024**

**SEAN F. McAVOY, CLERK**

CASE NAME: Jonathan Ray Stocker     CASE NO. 2:24-CR-54-TOR-1

TOTAL # OF COUNTS: 1     ✓ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2252A(a)(5)(B), (b)(2) | Possession of Child Pornography | CAG not less than 10 years nor more than 20 years; and/or $250,000 fine; not less than 5 years nor more than a lifetime of supervised release; a $100 special penalty assessment; AVAA assessment up to $17,000; JVTA assessment of $5,000, absent indigence; and Sex Offender Registration |
|  | 18 U.S.C. § 2253 | Forfeiture Allegation |  |